```
                                              FILED
                                        U.S. DISTRICT COURT
                                    EASTERN DISTRICT ARKANSAS
```

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

OCT -5 2016

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

| | |
|---|---|
| ARTHER LIONEL JAMES, ) | |
|     a/k/a "SHITTY"; ) | **FILED UNDER SEAL** |
| ROBERT LAMONT BROWN, ) | |
|     a/k/a "RO", ) | Case No. 4:16-CR-00233 JLH |
|     a/k/a "DIRTY RO", ) | |
|     a/k/a "RO MARCIANO"; ) | 18 U.S.C. § 922(g) |
| ADAM BAILEY; ) | 21 U.S.C. § 841(a)(1), (b)(1)(A) |
| KEITH KEYS; ) | 21 U.S.C. § 841(a)(1), (b)(1)(B) |
| STEVEN THOMAS, ) | 21 U.S.C. § 841(a)(1), (b)(1)(C) |
|     a/k/a "SLIM"; ) | 21 U.S.C. § 843(b) |
| BRAD VERNON; ) | 21 U.S.C. § 846 |
| LEWIS MILES, ) | |
|     a/k/a "POOTIE ROO"; ) | |
| JOSEPH RILEY; ) | |
| JUSTIN BUYS; ) | |
| ANTONIO BRODIE; ) | |
| ANTONIO McNICHOLS, ) | |
|     a/k/a "HEAVY CUZ"; ) | |
| ANGELEKE BLANKENSHIP, ) | |
|     a/k/a/ "LEKE"; and ) | |
| HEATH FOWLER ) | |

## MOTION TO SEAL INDICTMENT

Pursuant to Rule 6(e)(4), Federal Rules of Criminal Procedure, for the safety of law enforcement agents who will attempt to execute the arrest warrants and to guard against the risk of flight, the United States requests that the above-styled Indictment be sealed until the Defendants are in custody or have been released pending trial.

CHRISTOPHER R. THYER
UNITED STATES ATTORNEY

_/s/ signature_
_____
CHRIS GIVENS
AR Bar # 2009194
Assistant U. S. Attorney
P.O. Box 1229
Little Rock, AR 72203
Telephone:   (501) 340-2619
E-mail: Chris.Givens@usdoj.gov

## **ORDER**

Pursuant to the above request, the Indictment in this matter shall be sealed until the Defendants are in custody or has appeared and been released pending trial.

10/5/2016
_____
DATE

_____
UNITED STATE MAGISTRATE JUDGE