# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

VS. NO. 4:16CR00233-03 JLH

ADAM BAILEY

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE CUSTODIAL AUTHORITY at the Dunklin County Jail and
TO THE UNITED STATES MARSHAL FOR THE EASTERN DISTRICT OF ARKANSAS:

GREETINGS:

We command that you surrender the body of ADAM BAILEY detained in the Dunklin County Jail, 1175 Floyd Street, Kennett, MO 63857 in your custody, under safe and secure conduct, to the custody of the United States Marshal for the Eastern District of Arkansas, and the said Marshal is directed to produce the body of the Defendant before this Court on October 27, 2016 at 2:00 pm, before the Honorable Joe J. Volpe, and after the proceedings have been concluded, that you return ADAM BAILEY to Dunklin County Jail under safe and secure conduct.

IN WITNESS WHEREOF, I have set my hand and the seal of said court, this 18 October 2016.

UNITED STATES MAGISTRATE JUDGE