# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                                                 PLAINTIFF

v.                                      NO. 4:16CR00233 JLH

ARTHER LIONEL JAMES,
ROBERT LAMONT BROWN,
ADAM BAILEY, KEITH KEYS,
STEVEN THOMAS, BRAD
VERNON, LEWIS MILES,
JOSEPH RILEY, JUSTIN BUYS,
ANTONIO BRODIE,
ANTONIO MCNICHOLS,
ANGELEKE BLANKENSHIP,
and HEATH FOWLER                                                                         DEFENDANTS

## ORDER

Defendant Angeleke Blankenship has filed a motion to continue the June 5, 2017 trial date in this matter. Document #190. The Court has determined that due to the number of defendants and attorneys involved in this case the most efficient manner of which to handle the motion to continue will be to establish a deadline for any defendant opposing the motion to file a response in opposition.

IT IS THEREFORE ORDERED that any defendant opposing the motion to continue must file a response in opposition on or before **APRIL 25, 2017**. It will not be necessary for any defendant who supports the motion to continue to respond.

The Court will assume that any defendant who does not file a response in opposition of the motion on or before April 25, 2017, joins in the motion to continue and waives Speedy Trial requirements up to and including the next scheduled trial date.

IT IS SO ORDERED this 12th day of April, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE