IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No.   4:16-cr-00233-JM |
| | ) | |
| JOSEPH RILEY | ) | |

**UNITED STATES' MOTION TO HOLD MOTION TO REVOKE IN ABEYANCE**

The United States of America, by and through its attorney, Cody Hiland, United States Attorney for the Eastern District of Arkansas and Chris Givens, Assistant United States Attorney for said district, for its Motion to respectfully submits:

On June 3, 2020, the United States submitted a motion to revoke the defendant's supervised release (Doc. 582) based on alleged positive drug tests and the defendant's unwillingness to attend further drug treatment. A revocation hearing is set for July 30, 2020. Since that time, the undersigned has spoken with the defendant's counsel, as well as his probation officer. The defendant is willing to attend inpatient drug treatment, and bed space will be soon available. Additionally, there have been no further positive drug tests and the defendant is complying with his conditions of release.

As a result, the United States respectfully requests that this Court hold the motion to revoke in abeyance for a period of 90 days and remove the July 30 hearing from its calendar to allow the defendant to attempt to complete drug treatment and a period of time in chemical-free living. The defendant's counsel has no objection to this request.

THEREFORE, the United States respectfully requests that this Court grant its Motion.

1

CODY HILAND
United States Attorney

By CHRIS GIVENS
Bar No. 2009194
Assistant U. S. Attorney
P. O. Box 1229
Little Rock, AR    72203
501-340-2619
Chris.Givens@usdoj.gov