IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA          )
                                  )
v.                                )          No.   4:16-cr-00233-JM
                                  )
JOSEPH RILEY                      )

**UNITED STATES' MOTION TO DISMISS REVOCATION PETITION**

The United States of America, by and through its attorney, Cody Hiland, United States Attorney for the Eastern District of Arkansas and Chris Givens, Assistant United States Attorney for said district, for its Motion to respectfully submits:

On June 3, 2020, the United States submitted a motion to revoke the defendant's supervised release (Doc. 582). On July 24, 2020, the Court ordered that motion to be held in abeyance for 90 days when the defendant agreed to complete drug treatment. The 90 day-time period has passed, and the defendant successfully completed his supervision requirements during that time period. As a result, the United States now requests that the Court dismiss its motion to revoke the defendant's supervised release.

THEREFORE, the United States respectfully requests that this Court grant its Motion.

CODY HILAND
United States Attorney

By CHRIS GIVENS
Bar No. 2009194
Assistant U. S. Attorney
P. O. Box 1229
Little Rock, AR    72203
501-340-2619
Chris.Givens@usdoj.gov

1